UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TYEASHA BELL LINDSEY; HYPE**                                              **PLAINTIFFS**
**ADVENTURES, LLC, an Alabama Limited**
**Liability Company; DENA M. MALUGEN;**
**JACKSON HAYES MALUGEN, a minor child,**
**by his natural parents, JOE and DENA MALUGEN;**
**CHARLES THOMAS MALUGEN, a minor child, by**
**his natural parents and legal guardians, JOE and**
**DENA MALUGEN**

VS.                                                   CAUSE NO. 3:22-cv-00275-HTW-LGI

**MERIDIAN BEVCO, LLC, a Texas Limited**
**Liability Company; ROCKSTEP MERIDIAN**
**ENTERTAINMENT, LLC, a Texas Limited**
**Liability Company; ROCKSTEP CAPITAL, LLC,**
**a Texas Limited Liability Company; ROCKSTEP**
**CAPITAL CORPORATION, a Texas Corporation;**
**ANDY ISAAC WEINER; MATTHEW JEFFERY;**
**ELISHA D. JEFFERY; and GREGG BORMAN, SR.**            **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

COME NOW Plaintiffs and Defendants, by and through undersigned counsel, due to settlement of Plaintiffs' claims, and agree and stipulate to dismiss all of Plaintiffs' claims and Complaint against all Defendants with prejudice;

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claims and Complaint of Plaintiffs Tyeasha Bell Lindsey, Hype Adventures, LLC, Dena M. Malugen, Jackson Hayes Malugen, and Charles Thomas Malugen against all Defendants are hereby dismissed with prejudice. The court retains jurisdiction for the purpose of enforcement of the settlement agreement between the parties.

SO ORDERED AND ADJUDGED on November 3, 2023.

                                                         /s/HENRY T. WINGATE
                                                         UNITED STATES DISTRICT COURT JUDGE

Submitted and Agreed By:

/s/ Laura F. Rose
Laura F. Rose (MSB # 102256)
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
(p) 601-353-3234
(f) 601-355-9708
laura.rose@arlaw.com
*Counsel for Defendants Meridian Bevco, LLC, Andy Isaac Weiner, Matthew Jeffery, Elisha D. Jeffery, and Gregg Borman, Sr.*


s/ Eric D. Bonner
Eric D. Bonner (MSB No. 100283)
Brad Smith (PHV)
Clark, Hair & Smith, P.C.
1000 Urban Center Dr, Suite 125
Birmingham, AL 35242
Telephone: 205-397-2900
Facsimile: 205-397-2901
Email: ebonner@chslaw.com
*Counsel for Andy Isaac Weiner, Rockstep Meridian Entertainment, LLC, Rockstep Capital, LLC, and Rockstep Capital Corporation*


s/ K. Dustin Markham
K. Dustin Markham (MSB No. 103782)
Attorney at Law
1208 22nd Avenue
P.O. Box 5471
Meridian, Mississippi 39302
Telephone: 601-207-5160
Facsimile: 601-485-6571
Email: kdmarkham@yahoo.com; kdmlaw@outlook.com
*Counsel for Plaintiffs Tyeasha Bell Lindsey, Dena M. Malugen, Hype Adventures, LLC, Charles Thomas Malugen, and Jackson Hayes Malugen*